UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Andrew Rogers

                    Plaintiff,

v.                                                 Case No.: 1:16−cv−02104
                                                 Honorable Mary M. Rowland

Get Green Recycling, LLC, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 6, 2017:

      MINUTE entry before the Honorable Mary M. Rowland: Joint Motion for approval of Fair Labor Standards Act Settlement Agreement [37] is granted. The Court has reviewed the Settlement Agreement and finds it to be a fair and reasonable resolution of the dispute. The case is hereby dismissed without prejudice until 10/15/18. As of 10/15/18 the dismissal will convert automatically to a dismissal with prejudice. There is no need to appear on 3/7/17. Civil case terminated. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.